*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ashley A. Oelschlager
    Debtor(s)

Case No: 17–12104–ref

Chapter: 7

___

**REAFFIRMATION HEARING NOTICE**

To the debtor, the debtor's counsel, and any party in interest:

    NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

        Reaffirmation Agreement Between Debtor and Quicken Loans Inc

            On: 6/8/17

            At: 09:30 AM

            In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Dated: 5/22/17

Timothy B. McGrath
Clerk of Court

16 – 15
Form 172