United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12104-ref
Ashley A. Oelschlager                                                   Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Violet    Page 1 of 1    Date Rcvd: May 22, 2017
                     Form ID: 172      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2017.
db             +Ashley A. Oelschlager,   40 N. Church Street,   Robesonia, PA 19551-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 01:29:19      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2017 at the address(es) listed below:
      LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
      SCOTT C. PAINTER    on behalf of Debtor Ashley A. Oelschlager painterlaw@comcast.net
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Ashley A. Oelschlager
    Debtor(s)

Case No: 17–12104–ref
Chapter: 7

___

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

    Reaffirmation Agreement Between Debtor and Quicken Loans Inc

    On: 6/8/17

    At: 09:30 AM

    In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Dated: 5/22/17

For The Court

Timothy B. McGrath
Clerk of Court

16 – 15
Form 172