United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ashley A. Oelschlager  
    Debtor

Case No. 17-12104-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2     Date Rcvd: Jul 28, 2017  
                    Form ID: 318     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.

```
db          +Ashley A. Oelschlager,   40 N. Church Street,   Robesonia, PA 19551-1104
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13890107     Citi Cards,   P.O. Box 9001037,   Louisville, KY 40290-1037
13890110     Discover,   P.O. Box 742655,   Cincinnati, OH 45274-2655
13890111    +Discovery FCU,   2744 Century Blvd.,   Reading, PA 19610-3345
13891533    +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13915601    +Quicken Loans, Inc.,   c/o Matteo S. Weiner, Esq.,   KML Law Group, PC,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +EDI: QLEFELDMAN.COM Jul 29 2017 01:18:00      LYNN E. FELDMAN,   Feldman Law Offices PC,
              221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg         +E-mail/Text: robertsl2@dnb.com Jul 29 2017 01:25:11      Dun & Bradstreet, INC,
              3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2017 01:24:56
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 29 2017 01:25:17      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13890104    +EDI: GMACFS.COM Jul 29 2017 01:18:00      Ally,   P.O. Box 380902,   Minneapolis, MN 55438-0902
13890105     EDI: BANKAMER.COM Jul 29 2017 01:18:00      Bank of America,   P.O. Box 15019,
              Wilmington, DE 19886-5019
13890109    +EDI: WFNNB.COM Jul 29 2017 01:18:00      Comenity - Victoria's Secret,   P.O. Box 659728,
              San Antonio, TX 78265-9728
13890112    +E-mail/Text: bankruptcyteam@quickenloans.com Jul 29 2017 01:25:13      Quicken Loans Inc.,
              Attn: Client Relations,   1050 Woodward Avenue,   Detroit, MI 48226-1906
13890103    +EDI: RMSC.COM Jul 29 2017 01:18:00      R' Us MasterCard,   P.O. Box 965013,
              Orlando, FL 32896-5013
13890113     EDI: RMSC.COM Jul 29 2017 01:18:00      Synchrony Bank,   P.O. Box 960061,
              Orlando, FL 32896-0061
13890114     EDI: RMSC.COM Jul 29 2017 01:18:00      TJX Rewards/SYNCB,   P.O. Box 530948,
              Atlanta, GA 30353-0948
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13890106*   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019)
13890108*    Citi Cards,   P.O. Box 9001037,   Louisville, KY 40290-1037
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Jul 28, 2017
                              Form ID: 318             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
        SCOTT C. PAINTER    on behalf of Debtor Ashley A. Oelschlager painterlaw@comcast.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 4

Case 17-12104-ref    Doc 22    Filed 07/30/17    Entered 07/31/17 01:10:26    Desc Imaged
Certificate of Notice    Page 2 of 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Ashley A. Oelschlager** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–9352** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **17–12104–ref** | | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ashley A. Oelschlager

<u>7/27/17</u>                                                            **By the court:**  <u>Richard E. Fehling</u>
                                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**